In the Matter of PAUL MITCHELL, JR., Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [805 NYS2d 879]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Cayuga County [Peter E. Corning, A.J.], entered December 20, 2004) to review a determination of respondent. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Scudder, J.P., Kehoe, Martoche, Smith and Pine, JJ.